# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN HYLTON,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00551 |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendants District of Columbia, Muriel Bowser, and D.C. Metropolitan Police Department remove the case of *Karen Hylton v. District of Columbia*, Case No. 2021 CA 004920 B, which was brought in the Superior Court of the District of Columbia. The claims raised in the Amended Complaint assert a federal question appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's Amended Complaint, filed January 28, 2022, brings claims under federal law. Specifically, Plaintiff asserts violations of federal law and appears to bring claims under 42 U.S.C. § 1983. Am. Compl. at 2 ("[T]he lack of institutional control that allowed this to occur violated Federal and District law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives[.]").[1] Because Plaintiff's claims arise under federal law, this Court has

---

[1] Plaintiff filed an identical federal complaint and amended complaint in *Karen Hylton v. District of Columbia*, Civil Action No. 21-cv-02674-JMC. Defendants will file a notice of related case and/or move to consolidate the actions.

original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's common law claims for personal injury, and failure to train and supervise. Here, the common law claims form part of the same case or controversy as the federal claims, in that they all stem from the vehicle pursuit and traffic accident on October 23, 2020. Accordingly, the Court may exercise supplemental jurisdiction over the state law claims. *See City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997).

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process on Defendants, which occurred on February 3, 2022, for the District and Mayor Bowser, and February 15, 2022, for MPD. Copies of all pleadings and orders served on Defendants in this matter as well as papers filed in the Superior Court of the District of Columbia are attached as Exhibit 1. After this Notice is filed in the United States District Court for the District of Columbia, Defendants will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred and where the Superior Court of the District of Columbia is located.

Accordingly, Defendants remove this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:   March 1, 2022                             Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6607; 202-826-5454
Fax:  202-741-8895; 202-724-5917
Email:  robert.deberardinis@dc.gov; katrina.seeman@dc.gov; margaret.ulle@dc.gov
*Counsel for Defendants District of Columbia, Muriel Bower, and Metropolitan Police Department*

## CERTIFICATE OF SERVICE

On March 1, 2022,* I emailed and arranged for a staff assistant in my office to serve a copy of this Notice of Removal by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD  20850
*Plaintiff pro se*

                                        */s/ Katrina Seeman*
                                        KATRINA SEEMAN
                                        Assistant Attorney General

---

\*     Due to the COVID-19 pandemic, the Office of the Attorney General is operating under an emergency telework policy.  Select staff are only physically in the office on certain days.