

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

KAREN HYLTON
    Vs.
MAYOR BOWSER et al

C.A. No.    2021 CA 004920 B

## INITIAL ORDER AND ADDENDUM

### Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(1) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge JASON PARK
Date:    December 30, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, April 01, 2022
Location: Courtroom 519
      500 Indiana Avenue N.W.
      WASHINGTON, DC 20001

CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  D.C. Code § 16-2825 Two separate Early Mediation Forms are available.   Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option 1:** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise.  If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:**  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen).
- If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| vision | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| ditor ster | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| l | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION** Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

KAREN HYLTON
    Vs.
MAYOR BOWSER et al

C.A. No.    2021 CA 004920 B

### INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(1) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to:  Judge JASON PARK
Date:    December 30, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, April 01, 2022
Location:  Courtroom 519
        500 Indiana Avenue N.W.
        WASHINGTON, DC  20001

        CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,    "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.   The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.   Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

2

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise.  If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page



**AUDIO ALTERNATIVE:**  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| ...vision | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | WebEx Direct URL | WebEx Meeting ID |
| ...ditor ...ster | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| ...l | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

FILED
CIVIL ACTIONS BRANCH

NOV 29 2021

Superior Court
of the District of Columbia
Washington, D.C.

**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. **2021 04920**

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Karen Hylton
PLAINTIFF                                    vs    Mayor Bowser
DEFENDANT

60 S Blandford St #1                              1350 Penn Ave N.W
Address (No Post Office Boxes)                     Address (No Post Office Boxes)

Rockville MD 26850                                Washington D.C 2024
City        State    Zip Code                      City        State    Zip Code

040-313-8803
Telephone Number                                   Telephone Number

Karlskyy5@gmail.com
Email Address (optional)                           Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Oct 26 2021 My son Karon Hylton was
chased by the Metropolitan Police Dept
While Riding a Scotter. The Officer Michael
Sutton + his supervisor has Since been
charged with the murder of my baby due
to their greedy disregard for human life
for the Sum of 3,126 dollar by corkerting this
hate always. My child is resting.

2. What relief are you requesting from the Court? Include any request for money damages.

I am Suing the District of Columbia
$3,126,000,000,000 (3.126B) for the
Causelessness of human life. The amount
of Money your office while on duty be in
Paid by the City choose to chase + murder
My child for. Also the resignation of Mayor
Bowser + firing + prosecuting all Super Divise MPD Involved.

Form CA-3074 [Rev. Nov. 2017]

3. State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____

**SIGNATURE**

11-21-21
_____

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public/Deputy Clerk)

2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

## COMPLAINT

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing   and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers

1

can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing of office for Mayor Bowers and Chief Newsham as well as them be held accountable for the mismanagement of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia and are aware of the police antics and are not holding them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B) to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth or what any human life is worth . Mayor Bowers your officer murder my baby for little or nothing while they were being paid by the City of

2

Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hylton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not   tell use what any human life is worth  .  Lives   matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely

Karen Hylton

3

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

c/o Karl A. Racine Attorney General

441 4th Street NW

Washington, D.C. 20001

VS.

 MURIEL BOWSER, Mayor, in her official capacity

John A. Wilson Building

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

441 4 th Street  NW 7th floor

Washington,DC 20001

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

<u>COMPLAINT</u>

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on

1

or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all  elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a  child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding

them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B) to represent the amount of money your City official wrongfully killed my son Karon Hylton for.    Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hylton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not    tell use what any human life is worth  .  Lives  matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely

Karen Hylton

Form CA 101-A. Unsworn Declaration Supplement

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Karen Hylton

_(Plaintiff(s))_

v.                                                            Case No: **2021 04920**

District of Columbia

_(Defendant(s))_

Mayor Bowser

This form supplements _Complaint_ and is being filed along with that
document.   _(list title of a pleading, motion, or other document)_

(a) _If Executed Inside the United States:_

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on ____ day of _____, ____
(date)                (month)   (year)

Karen Hylton
_Printed Name_

_Signature_

Rockville MD 20850          _____
_City and State, or Other Location_          _Phone Number_

_See_ D.C. CODE § 22-2402 (a)(3) (2010).

(b) _If Executed Outside the United States:_

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____
(date)          (month)   (year)

at _____, _____.
(city or other locations, and state)          (country)

_____
_Printed Name_

_____          _____
_Signature_          _Phone Number_

_See_ D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. _See_ D.C. Code §§ 16-1501,
3902 (2001).

## Superior Court of the District of Columbia
### CIVIL DIVISION
### Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_[handwritten signature]_
_____ Plaintiff

vs.                                                        (Case Number _____

_Goverment of District Columbia_
_& Mayor Bowser_ Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Karen Hylton_
Name of Plaintiff's Attorney

_602 Blandsford St #1_
Address

_Rockville, MD 20850_

Telephone
如需翻譯，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화를 주세요.        ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

**2021 CA 004920 B HYLTON, KAREN Vs. MAYOR BOWSER et al JJM**

- Case Type:
- Civil II
- Case Status:
- Open
- File Date:
- 12/30/2021
- Action:
- Complaint for Wrongful Death Filed
- Status Date:
- 12/30/2021
- Next Event:
- 04/01/2022

| All Information | Party | Event | Docket | Disposition |

## Party Information

### HYLTON, KAREN
- Plaintiff

| Disposition | Alias | Party Attorney |
|---|---|---|
| - IFP | | - Attorney |
| - Disp Date | | - PRO SE |

### MAYOR BOWSER
- Defendant

| Disposition | Alias | **Party Attorney** |
|---|---|---|
| - Disp Date | | - Attorney |
| | | - BLECHER, MATTHEW R. |
| | | - Attorney |
| | | - DEBERARDINIS, ROBERT |
| | | - Attorney |
| | | - SEEMAN, KATRINA M |
| | | - Attorney |
| | | - ULLE, MARGARET H |

### DISTRICT OF COLUMBIA
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Removed Per Amended Complaint Filed | | |
| - Disp Date | | |
| - 01/28/2022 | | |

### METROPOLITAN POLICE DEPARMENT
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | - Attorney |
| | | - BLECHER, MATTHEW R. |
| | | - Attorney |
| | | - DEBERARDINIS, ROBERT |
| | | - Attorney |
| | | - SEEMAN, KATRINA M |
| | | - ULLE, MARGARET H |

### SUTTON, OFC TERRENCE
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### TEJERA, OFC CARLOS
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### AL-SAHRAWL, OFC ALMED
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### NOVICL, OFC CORY
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### ZABAWSKY, LT ANDREW
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### CHIEF PETER NEWSHAM
- Defendant

| Disposition | Alias | Party Attorney |
|---|---|---|
| - Disp Date | | |

### DISTRICT OF COLUMBIA
- Defendant

| Disposition | Alias | **Party Attorney** |
|---|---|---|
| - Disp Date | CO  KARL A. RACINE, ATTORNEY GENERAL | - Attorney |
| | | - BLECHER, MATTHEW R. |
| | | - Attorney |
| | | - DEBERARDINIS, ROBERT |
| | | - Attorney |
| | | - SEEMAN, KATRINA M |
| | | - Attorney |
| | | - ULLE, MARGARET H |

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 04/01/2022 09:30 AM | Courtroom 519 | Initial Scheduling Conference-60 | | |

**Docket Information**

| Date | Docket Text | Image Avail. |
|---|---|---|
| 11/29/2021 | Complaint for Wrongful Death Filed. KD<br>(SUMMONS SUBMITTED INCORRECTLY, NOT ISSUED)<br>Attorney: PRO SE (999999)<br>KAREN HYLTON (Plaintiff); | Image |
| 11/29/2021 | Application to Proceed Without Prepayment of Costs Fees and Security Filed. kd<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of KAREN HYLTON (Plaintiff) | Image |
| 11/30/2021 | Order Granting Application to Proceed Without Prepayment of Costs Fees and Security  signed by J/Zeldon on November 30, 2021. kd | Image |
| 12/30/2021 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 04/01/2022   Time: 9:30 am<br>Judge: PARK, JASON   Location: Courtroom 519 | |
| 12/30/2021 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 04/01/2022   Time: 9:30 am<br>Judge: MCKENNA, JULIET J   Location: Courtroom 519 | |
| 12/30/2021 | Judge Caseload Transfer<br>The judge was changed from PARK, JASON to MCKENNA, JULIET . | |
| 01/28/2022 | Amended Complaint Filed. kd<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of KAREN HYLTON (Plaintiff) | Image |
| 02/16/2022 | Affidavit of Service by Certified/Registered Mail docketed 2/19/2022<br>DISTRICT OF COLUMBIA (Defendant); | Image |
| 02/17/2022 | Notice of Appearance Filed. kd<br>Attorney: DEBEARDINIS, ROBERT (335976)<br>MATTHEW R. BLECHER (Attorney) on behalf of MAYOR BOWSER, METROPOLITAN POLICE DEPARMENT, DISTRICT OF COLUMBIA (Defendant) | Image |
| 02/22/2022 | Affidavit of Service of Summons & Complaint on<br>DISTRICT OF COLUMBIA (Defendant); | Image |
| 02/22/2022 | Affidavit of Service of Summons & Complaint on<br>METROPOLITAN POLICE DEPARMENT (Defendant); | Image |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | |

FILED
CIVIL ACTIONS BRANCH

NOV 29 2021

Superior Court
of the District of Columbia
Washington, D.C.



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. **2021 04920**

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Karen Hylton
PLAINTIFF                                    vs        Mayor Bowser
DEFENDANT

60 S Blandford St #1
Address (No Post Office Boxes)                         1350 Penn Ave N.W
                                                       Address (No Post Office Boxes)

Rockville MD 20850
City        State        Zip Code                      Washington D.C 20004
                                                       City      State      Zip Code

040-313-8803
Telephone Number                                       Telephone Number

Tallsky5@gmail.com
Email Address (optional)                               Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Oct 26 2021 My son Karon Hylton was
chased by the Metropolitan police Dept
while Riding a scooter. The officer involved
Sutton + his supervisor has since been
charged with the murder of my baby due
to their greedy disregard for human life
for the sum of $ 3,126. dollar by collecting this
hate salaway. My child is resting.

2.  What relief are you requesting from the Court? Include any request for money damages.

I am suing the District of Columbia
$ 3,126,000,000,000 (3.126 B) for the
carelessness of human life. The amount
of money your office while on duty be in
paid by the city choose to chase + murder
my child for. Also the resignation of mayor
Bowser + firing + prosecuting all those involved.

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. NVOleft.

3.  State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

11-27-21
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850

VS.

District of Columbia,

VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004

District of Columbia,

Metropolitan Police Department

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

<u>COMPLAINT</u>

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers

1

can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing of office for Mayor Bowers and Chief Newsham as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia and are aware of the police antics and are not holding them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B) to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of

2

Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hyton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not   tell use what any human life is worth  . Lives   matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon is more than a job he is  my Baby.

Sincerely

Karen Hylton

3



Form CA 101-A. Unsworn Declaration Supplement

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

*Daren Hylton*

~~Plaintiff(s)~~

v.

Case No: **2021   04920**

*District of Columbia*

~~Defendant(s)~~

*Mayor Bowser*

This form supplements *Complaint*                and is being filed along with that
document.                ~~(list title of pleading, motion, or other document)~~

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
~~Executed on~~ *day of*
        (date)                (month)    (year)

*Daren Hylton*
~~Printed Name~~

*(signature)*
~~Signature~~

*Rockville MD 20850*
~~City and State, or Other Location~~                *Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States:*

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____,
                                        (date)                (month)    (year)
at _____, _____.
        (city or other locations, and state)        (country)

_____
*Printed Name*

_____                _____
*Signature*                                *Phone Number*

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____
Plaintiff

vs.                                                          (Case Number _____

_____
Government of District Columbia
Mayor Bowser
Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Daren Hylten                                              _Clerk of the Court_
Name of Plaintiff's Attorney

602 Bland Ford St #1                        By _____
Address                                                                    Deputy Clerk

Rockville, MD
20850                                            Date _____

Telephone
如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화하십시오.      የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ      ແ.ຽ.ພ.ໜ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                          Demandante

contra

                                          Número de Caso: _____

_____
                                          Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                          *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____
Dirección                                  Subsecretario

_____

                              Fecha _____
_____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bản dịch, hãy gọi (202) 879-4828
번역을필요하시면전화(202) 879-4828로연락하시기바랍니다          ከተፈለገ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Sharon Wolten*

vs

*District of Columbia*
*+ Mayor Bowser*

Case Number: **2021 04920**

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| X | ☐ Attorney for Plaintiff |
| Firm Name: | ☐ Self (Pro Se) |
| Telephone No.:          Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury          ☐ 6 Person Jury          ☐ 12 Person Jury

Demand: $ *3.126. Billion*          Other: _____
*3.126,600,000,000*

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

## A. CONTRACTS

**COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Grants Consent
☐ 27 Insurance/Subrogation
          Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
          Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
          Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
          Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
          Under $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
          Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
          Not Malpractice)
☒ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

---

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 05 Ejectment
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)
☐ 10  Traffic Adjudication
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment

☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability

☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award (DC Code § 16-4401)
☐ 29 Merit Personnel Act (OHR)
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower

---

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment/Domestic
☐ 08 Foreign Judgment/International
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate
☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
☐ 27 Petition for Civil Asset Forfeiture (Currency)
☐ 28 Petition for Civil Asset Forfeiture (Other)

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-151 9 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a)(1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

---

**D.  REAL PROPERTY**

☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 04 Condemnation (Eminent Domain)
☐ 10 Mortgage Foreclosure/Judicial Sale
☐ 11 Petition for Civil Asset Forfeiture (RP)

☐ 08 Quiet Title
☐ 25 Liens: Tax / Water Consent Granted
☐ 30 Liens: Tax / Water Consent Denied
☐ 31 Tax Lien Bid Off Certificate Consent Granted

---

_____
Attorney's Signature

1-29-21
_____
Date

CV-496/ June 2015

Form CA 101-A  Unsworn Declaration Supplement



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

~~Karen Hylton~~
*Plaintiff(s)*

v.

~~District of Columbia~~
~~Mayor Bowser~~ *Defendant(s)*

Case No: **2 0 2 1  0 4 9 2 0**

This form supplements ~~Complaint~~ and is being filed along with that
document_____ (list title of pleading, motion or other document)

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on 29 day of Nov 21
   (date)      (month)   (year)

~~Karen Hylton~~
*Printed Name*

_____
*Signature*

_____
*City and State or Other Location*

_____
*Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States*:

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____,
                                                          (date)      (month)   (year)
at _____, _____
   (city or other locations, and state)      (country)

_____
*Printed Name*

_____
*Signature*

_____
*Phone Number*

*See* D.C. CODE § 16-5306 (2010).

Note: This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).

FILED
CIVIL ACTIONS BRANCH

NOV 3 0 2021

Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**JUDGE-IN-CHAMBERS**

2 0 2 1    0 4 9 2 0

| | | |
|---|---|---|
| **KAREN HYLTON** | : | |
| **Plaintiff** | : | **Case No. 2021 _____** |
| | : | **Judge-in-Chambers** |
| **v.** | : | |
| | : | |
| **MAYOR BOWSER** | : | |
| **Defendant.** | : | |

### ORDER GRANTING APPLICATION TO PROCEED
### <u>WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY</u>

Upon consideration of the application to proceed without prepayment of costs, fees, or

security filed by Plaintiff Karen Hylton, it is this 30th day of November 2021 hereby ordered that

the application is

**GRANTED**.

*Joan Zeldon*

Joan Zeldon, Senior Judge
Sitting as Judge-in-Chambers

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
**JAN 2 8 2022**
Superior Court
of the District of Columbia
Washington, D.C.

Case No. *C A NO: 702 CA 00492 OB*

**COMPLAINT**   *Amendment*

Jurisdiction of this Court is founded on D.C. Code § 11-921.

PLAINTIFF *Louis N Hylton*

vs

DEFENDANT *District of Columbia*
*Koran A. Racine Attorney Genk*

Address (No Post Office Boxes) *605 Bladford St #1*

Address (No Post Office Boxes) *441 4th St N.W*

City *Rockville*  State *MD*  Zip Code *20850*

City *Wash*  State *D.C*  Zip Code *20001*

Telephone Number *240-313-8463*

Telephone Number

Email Address (optional) *falskyyStephal.com*

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   *See Attached*

   *Add Address of District Defendant*

2. What relief are you requesting from the Court? Include any request for money damages.

3. State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

c/o Karl A. Racine Attorney General

441 4th Street NW

Washington, D.C. 20001

VS.

 MURIEL BOWSER, Mayor, in her official capacity

John A. Wilson Building

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

441 4 th Street  NW 7th floor

Washington,DC 20001

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

## COMPLAINT

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on

1

or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all  elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a  child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding

them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of $ 31.26,000,000,000 ($31.26B)  to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hyton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not    tell use what any human life is worth  . Lives   matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely

Karen Hylton

3

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

FEB 1 6 2022

Superior Court of the
District of Columbia
Washington, D.C.

_Karen Hylton_
_____
Plaintiff

Civil Action No.: 2021C A004920B

Vs.

_District of Columbia_
_____
Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Karen Hylton_ _____ under oath do hereby state the following:

That my age and date of birth are as follows: _____ _____ _____ _____

___ ____ _____ _____ _____ _____ _____ _____ _____ ___

That the residential or business address is: __ _____ _____ _____ ___

That a coy of the Initial Order, Complaint and Summons was mailed by the affiant to the above

named defendant _District of Columbia_ by registered/certified mail.

That the return receipt attached hereto was signed by _District_ . the

defendant herein or _Feb 3, 2022_ a person of suitable age and discretion residing therein

at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _____ day

of _____ 20_____.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific
facts from which the Court's can determine that the person who signed the receipt meets the appropriate
qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (c) (3).

**SPECIFIC FACTS:**

Subscribed and sworn before me this _____ day of _____

_____
Notary/Deputy Clerk



USPS TRACKING #

9590 9402 6970 1225 3271 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylton
602 Blandford St #1
Rockville, MD
20850

-266101

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
C/O KARL A RACINE-Attorney general
441 4th St N.W
Washington DC 20001

9590 9402 6970 1225 3271 01

20 2450 0001 5171 7688

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811 July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Filed
D.C. Superior Court
02/17/2022 16:57PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

KAREN HYLTON,

        *Plaintiff,*

    v.

MURIEL BOWSER, *et al.,*

        *Defendant.*

Case No. 2021 CA 004920 B
Judge Juliet J. McKenna
Next Event:  Initial Scheduling Conference
Date:  April 1, 2022, at 9:30 a.m.

## NOTICE OF APPEARANCE

Please enter the appearances of Senior Assistant Attorney General Robert DeBerardinis and Assistant Attorneys General Katrina Seeman and Margaret Ulle as counsel for Defendants District of Columbia, Mayor Muriel Bowser, and Metropolitan Police Department in the above-captioned matter.

Date:  February 17, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW

Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6607;
202-826-5454
Fax:  202-741-8895; 202-724-5917
Email:  robert.deberardinis@dc.gov;
katrina.seeman@dc.gov;
margaret.ulle@dc.gov
*Counsel for Defendants District of Columbia,
Muriel Bower, and Metropolitan Police Department*

## <u>CERTIFICATE OF SERVICE</u>

On February 17, 2022,[*] I emailed and arranged for a staff assistant in my office to serve a

copy of the Notice of Appearance by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD  20850
*Plaintiff pro se*

*/s/ Katrina Seeman*
KATRINA SEEMAN
Assistant Attorney General

---

[*]      Due to the COVID-19 pandemic, the Office of the Attorney General is operating under an emergency telework policy.  Select staff are only physically in the office on certain days.

FILED
CIVIL ACTIONS BRANCH
FEB 2 2 2022
Superior Court
of the District of Columbia
Washington, D.C.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

_Plaintiff_

Civil Action No.: 2021CA004920B

Vs.

_Defendant_

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _____ under oath do hereby state the following:

That my age and date of birth are as follows: _____

That the residential or business address is: _____

That a coy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant _____ by registered/certified mail.

That the return receipt attached hereto was signed by _____ . the defendant herein or _2-15-22_ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _20_ day of _Feb_ 20 _22_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (e) (3).

**SPECIFIC FACTS:**

_____
Signature

Subscribed and sworn before me this _22nd_ day of _February_ 20 _22_

_____
Notary/Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
C/O Karl A. Racine - Attorney
1411 4th St. N.W. Suite 630
Washington D.C.
20001

9590 9402 7152 1251 4687 30

2. Article Number (Transfer from service label)

7017 2620 0000 4508 4987

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Toncia Peterson_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Toncia Peterson    2/14/22

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 7152 1251 4687 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•



Karen Hylton
602 Blandford St #1
Rockville, MD
20850

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

FILED
CIVIL ACTIONS BRANCH
FEB 22 2022
Superior Court
of the District of Columbia
Washington, D.C.

_(signature)_
_Plaintiff_

Civil Action No. 2021CA004920B

Vs.

_(signature)_
_Defendant_

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _(signature)_ _____ under oath do hereby state the following:

That my age and date of birth are as follows: _____

That the residential or business address is: _____

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant _District Court Police Dept_ by registered/certified mail.

That the return receipt attached hereto was signed by _K la Maranda_ the defendant herein or _2/15/22_ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _20_ day of _Feb_ 20 _22_

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (e) (3).

**SPECIFIC FACTS:**

_(signature)_
Signature

Subscribed and sworn before me this _22nd_ day of _February_ 20 _22_

_(signature)_
~~Notary~~/Deputy Clerk



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
Metropolitan Police Dept
441 4th St N.W
Wash DC 20001

9590 9402 7152 1251 4687 47

2. Article Number (Transfer from service label)

7017 2620 0000 4908 5007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kia Massado
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Kia Massado

C. Date of Delivery
2/15/202

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured~~ Mail
☐ ~~Insured~~ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 7152 1251 4687 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylten
602 Blandford St #1
Rockville, MD
             20850

-266101



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

                                         Por: _____

Dirección                                            Subsecretario

_____

                                         Fecha _____
Teléfono
如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 연락주십시오.      በአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Karen Wolton*

*vs*

*District of Columbia*
*& Mayor Bowser*

Case Number: **2021 04920**

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:      Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $ *3.126. Billion*        Other: _____
*3,126,000,000.800*

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

**A. CONTRACTS**                              **COLLECTION CASES**

☐ 01 Breach of Contract         ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty         ☐ 17 OVER $25,000 Pltf. Grants Consent     ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument      ☐ 27 Insurance/Subrogation                 ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination  ☐ 07 Insurance/Subrogation                 ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

---

**B. PROPERTY TORTS**

☐ 01 Automobile                 ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                 ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process           ☐ 10 Invasion of Privacy              ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection    ☐ 11 Libel and Slander                      Not Malpractice)
☐ 03 Assault and Battery        ☐ 12 Malicious Interference           ☒ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution           ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation) ☐ 14 Malpractice Legal                ☐ 20 Friendly Suit
☐ 06 False Accusation           ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 21 Asbestos
☐ 07 False Arrest               ☐ 16 Negligence- (Not Automobile,     ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            Not Malpractice)                ☐ 23 Tobacco
                                                                      ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

11-29-21
_____
Date

Form CA 101-A  Unsworn Declaration Supplement



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

~~Karen Hylton~~
_____ Plaintiff(s)

v.

~~District of Columbia~~
~~Mayor Bowser~~ Defendant(s)

**2021 04920**

Case No: _____

This form supplements ~~Complaint~~ and is being filed along with that
document. _____
(list title of a pleading, motion or other document)

(a)  *If Executed Inside the United States*:

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on ~~2~~ day of ~~Nov~~ ~~21~~
(date)          (month)     (year)

~~Karen Hylton~~
*Printed Name*

~~[signature]~~
*Signature*

~~[City and State]~~
*City and State or Other Location*

_____
*Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b)  *If Executed Outside the United States*:

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____,
(date)          (month)     (year)
at _____, _____.
(city or other locations, and state)          (country)

_____
*Printed Name*

_____
*Signature*

_____
*Phone Number*

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).

FILED
CIVIL ACTIONS BRANCH
NOV 29 2021
Superior Court
of the District of Columbia
Washington, D.C.

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 2021 04920

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Karen Hylton
PLAINTIFF

vs

Mayor Bowser
DEFENDANT

60 S Blandford St #1
Address (No Post Office Boxes)

1350 Penn Ave N.W
Address (No Post Office Boxes)

Rockville MD 26850
City      State      Zip Code

Washington D.C 2020
City      State      Zip Code

040-313-8803
Telephone Number

Telephone Number

Earlskyy5@gmail.com
Email Address (optional)

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Oct 26 2021 My son Karon Hylton was chased by the Metropolitan Police Dept While Riding a Scooter. The Officer michael Sutton + his supervisor has since been charged with the murder of my baby due to their greedy disregard for humanity & for the sum of 3.126 dollar by corelling chi have falways. My Child is resting.

2. What relief are you requesting from the Court? Include any request for money damages.

I am suing the District of Columbia $3,126,000,000,000 (3.126B) for the Causlessness of human life. The amount of Money your Officer while on duty bein Paid by the City choose to chase + murder My child for. Also the resignation of Mayor Bowser + firing + prosecuting all involved.

Form CA-3074 [Rev. Nov. 2017]

3.  State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
**SIGNATURE**

11-2ℓ-2l
_____
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

Officer Terrence Sutton

Officers Carlos Tejèra

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

<u>COMPLAINT</u>

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers

1

can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all  elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a  child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B)  to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of

2

Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hylton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not   tell use what any human life is worth  .  Lives   matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely,

Karen Hylton

3

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

c/o Karl A. Racine Attorney General

441 4th Street NW

Washington, D.C. 20001

VS.

 MURIEL BOWSER, Mayor, in her official capacity

John A. Wilson Building

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

441 4 th Street  NW 7th floor

Washington,DC 20001

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

<u>COMPLAINT</u>

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on

1

or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.


On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all  elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.


Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a  child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding

2

them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B)  to represent the amount of money your City official wrongfully killed my son Karon Hylton for.    Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hylton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not    tell use what any human life is worth  .  Lives  matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely

Karen Hylton

3

Form CA 101-A. Unsworn Declaration Supplement

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

*Karen Hylton*
*(Plaintiff(s))*

v.

Case No: **2021   04920**

*District of Columbia*

*Mayor Bowser*

This form supplements *Complaint* and is being filed along with that document. *(list title of a pleading, motion, or other document)*

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ____ day of ____ ____.
(date)          (month)    (year)

*Printed Name*

*Signature*

*Rockville MD 20850*
*City and State, or Other Location*          *Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States*:

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____.
(date)          (month)    (year)

at _____, _____.
(city or other locations, and state)          (country)

_____
*Printed Name*

_____          _____
*Signature*          *Phone Number*

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications, certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501, 3902 (2001).

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_(signature)_ _____
                                    Plaintiff

                                    vs.                                    (Case Number _____

_Government of District Columbia_
_Mayor Bowser_                      Defendant

                              **SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Karen Hylton_                                            _Clerk of the Court_
Name of Plaintiff's Attorney
_602 Blandford St #1_                        By _____
Address                                                             Deputy Clerk
_Rockville, MD_
_20850_                                              Date _____
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화해 주세요.      የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4



### TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
#### DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____

Dirección                                                    Subsecretario

Fecha _____

Teléfono

如果需要翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락주십시오        ለማናቸውም ትርጉም አማርኛ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Keren Wolten*

*District of Columbia + Mayor Bowser*

vs

Case Number: **2021 04920**

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* | Relationship to Lawsuit |
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:      Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury

Demand: $ *3.126. Billion*    Other: _____
*3.126,600,000.800*

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
    Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
    Under $25,000 Consent Denied

---

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

---

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
    Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
    Not Malpractice)
☒ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE        IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____     _____
Attorney's Signature                              Date
11-29-21

CV-496/ June 2015

Form CA 101-A  Unsworn Declaration Supplement



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

_Karen Hylton_

_____
(Plaintiff(s))

v.

_District of Columbia_
_Mayor Bowser_
_____
(Defendant(s))

2021 04920

Case No: _____

This form supplements _Complaint_ and is being filed along with that document. _____
(list title of pleading, motion or other document)

(a) _If Executed Inside the United States_:

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on 25 day of Nov 21
    (date)      (month)   (year)

_Karen Hylton_
Printed Name

_____
Signature

_____
City and State or Other Location

_____
Phone Number

_See_ D.C. CODE § 22-2402 (a)(3) (2010).

(b) _If Executed Outside the United States_:

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States. Executed on ____ day of _____, _____,
                                                              (date)      (month)   (year)
at _____, _____.
    (city or other locations, and state)      (country)

_____
Printed Name

_____
Signature

_____
Phone Number

_See_ D.C. CODE § 16-5306 (2010).

Note: This form may be attached to any document to be used in place of sworn written declarations, verifications, certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. _See_ D.C. Code §§ 16-1501, 3902 (2001).