

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION – CIVIL ACTIONS BRANCH**
**500 INDIANA AVENUE NW, Room 5000**
**WASHINGTON, DC 20001**

**Date:    03/08/2022**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re:**              **HYLTON, KAREN   Vs.  MAYOR BOWSER et al**

**Civil Action Number:  2021 CA 004920 B**

**U.S. District Number:  1:22-cv-00551**

Dear Ms. Angela Caesar:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed in the District of Columbia Superior Court on **03/01/2022** . A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on a duplicate copy of this letter, and return it to this Court.

Sincerely,

Joy Jefferson, Branch Chief
Civil Actions Branch

**Completed By:** /s/Monica Vergel
_____

Modified: 4/30/2021 jjw

| Case Number | Status | Judge |
|---|---|---|
| 2021 CA 004920 B | Closed | MCKENNA, JULIET J |

| In The Matter Of | Action |
|---|---|
| HYLTON, KAREN  Vs. MAYOR BOWSER et al | Complaint for Wrongful Death Filed |

| Party | | Attorneys |
|---|---|---|
| HYLTON, KAREN | PLNTF | PRO SE |
| MAYOR BOWSER | DFNDT | DEBERARDINIS, ROBERT |
| DISTRICT OF COLUMBIA | DFNDT | |
| METROPOLITAN POLICE DEPARMENT | DFNDT | DEBERARDINIS, ROBERT |
| SUTTON, Officer TERRENCE | DFNDT | |
| TEJERA, Officer CARLOS | DFNDT | |
| AL-SAHRAWL, Officer ALMED | DFNDT | |
| NOVICL, Officer CORY | DFNDT | |
| ZABAWSKY, Lieutenant ANDREW | DFNDT | |
| CHIEF PETER NEWSHAM | DFNDT | |
| DISTRICT OF COLUMBIA KARL A. RACINE, ATTORNEY GENERAL | DFNDT CO | DEBERARDINIS, ROBERT |

A TRUE COPY
DATE:
Clerk, Superior Court of
the District of Columbia

Erjon Kadriu
Digitally signed by Erjon Kadriu
DN: cn=Erjon Kadriu, o=DC
Superior Court, ou=Civil Division -
Civil Actions Branch,
email=erjon.kadriu@dcsc.gov,
c=US
Date: 2022.03.08 11:04:51 -05'00'

| Opened | Disposed | Case Type |
|---|---|---|
| 12/30/2021 | Removal-Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 📷 03/07/22 | Notice eServed to Filer | 0.00 | 0.00 |
| 2 | 📷 03/07/22 | Notice of Hearing Mailed Next Business Day | 0.00 | 0.00 |
| | | Notice Of Removal Sent on:  03/07/2022  16:22:28.05 | | |

Date: 03/08/2022    09:00:35.4          Docket Sheet              Page: 2
                                        Summary
CRTR5925          Case 1:22-cv-00551-JMC   Document 6   Filed 03/08/22   Page 3 of 62

2021 CA 004920 B    HYLTON, KAREN  Vs. MAYOR BOWSER et al

| No. | Date of Journal Book-Page-Nbr | Pleadings Filed, Orders and Decrees Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 3 | 03/03/22 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 04/01/2022 at 9:30 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed Judge: MCKENNA, JULIET J    Location: Courtroom 519 | 0.00 | 0.00 |
| 4 | 03/03/22 | Notice of Removal to USDC 1:22-cv-00551 | 0.00 | 0.00 |
| 5 | 03/01/22 | Additional eFiling Document to Notice of Removal Submitted 03/01/2022 14:55PM. km | 0.00 | 0.00 |
| 6 | 03/01/22 | Notice of Removal Submitted 03/01/2022 14:55PM. km Attorney: SEEMAN, KATRINA M (1671729) | 0.00 | 0.00 |
| 7 | 02/22/22 | Affidavit of Service of Summons & Complaint on METROPOLITAN POLICE DEPARMENT (Defendant); | 0.00 | 0.00 |
| 8 | 02/22/22 | Affidavit of Service of Summons & Complaint on DISTRICT OF COLUMBIA (Defendant); | 0.00 | 0.00 |
| 9 | 02/17/22 | Notice of Appearance Filed. kd Attorney: DEBERARDINIS, ROBERT (335976) MATTHEW R. BLECHER (Attorney) on behalf of MAYOR BOWSER, METROPOLITAN POLICE DEPARMENT, DISTRICT OF COLUMBIA (Defendant) | 0.00 | 0.00 |
| 10 | 02/16/22 | Affidavit of Service by Certified/Registered Mail docketed 2/19/2022 DISTRICT OF COLUMBIA (Defendant); | 0.00 | 0.00 |
| 11 | 01/28/22 | Amended Complaint Filed. kd Attorney: PRO SE (999999) PRO SE (Attorney) on behalf of KAREN HYLTON (Plaintiff) | 0.00 | 0.00 |
| 12 | 12/30/21 | Judge Caseload Transfer The judge was changed from PARK, JASON to MCKENNA, JULIET . | 0.00 | 0.00 |
| 13 | 12/30/21 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 04/01/2022    Time: 9:30 am Judge: MCKENNA, JULIET J    Location: Courtroom 519 | 0.00 | 0.00 |

2021 CA 004920 B   HYLTON, KAREN  Vs. MAYOR BOWSER et al

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr      Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 14 | 12/30/21 | Initial Order and Addendum Issued (60 Days)<br><br>Initial Order-60 Days<br>Sent on:  12/30/2021  12:01:32.12 | 0.00 | 0.00 |
| 15 | 12/30/21 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 04/01/2022    Time: 9:30 am<br>Judge: PARK, JASON    Location: Courtroom 519 | 0.00 | 0.00 |
| 16 | 11/30/21 | Order Granting Application to Proceed Without Prepayment of Costs Fees and Security  signed by J/Zeldon on November 30, 2021. kd | 0.00 | 0.00 |
| 17 | 11/29/21 | Application to Proceed Without Prepayment of Costs Fees and Security Filed. kd<br>Attorney: PRO SE (999999)<br>PRO SE (Attorney) on behalf of KAREN HYLTON (Plaintiff) | 0.00 | 0.00 |
| 18 | 11/29/21 | Complaint for Wrongful Death Filed. KD (SUMMONS SUBMITTED INCORRECTLY, NOT ISSUED)<br>Attorney: PRO SE (999999)<br>KAREN HYLTON (Plaintiff); | 120.00 | 0.00 |
| | | | 120.00 | |

|  |  Totals By:  Cost | 120.00 | 0.00 |
|---|---|---|---|
| | Information | 0.00 | 0.00 |

*** End of Report ***

Filed
D.C. Superior Court
03/01/2022 14:55PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| KAREN HYLTON, | |
| *Plaintiff,* | Case No. 2021 CA 004920 B |
| | Judge Juliet J. McKenna |
| v. | Next Event:  Initial Scheduling Conference |
| | Date:  April 1, 2022, at 9:30 a.m. |
| MURIEL BOWSER, *et al.,* | |
| *Defendant.* | |

### NOTICE OF REMOVAL

On March 1, 2022, Defendants District of Columbia, Muriel Bowser, and Metropolitan

Police Department filed a Notice of Removal of the above-captioned civil action in the United

States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1441(a) and 1446.  A

copy of the Notice is attached hereto and incorporated by reference.  In accordance with 28

U.S.C. § 1446(d), this Court "shall effect the removal and . . . proceed no further unless and until

the case is remanded."

Date:  March 1, 2022                        Respectfully submitted,

                                                          KARL A. RACINE
                                                          Attorney General for the District of Columbia

                                                          CHAD COPELAND
                                                          Deputy Attorney General
                                                          Civil Litigation Division

                                                          */s/ Matthew R. Blecher*
                                                          MATTHEW R. BLECHER [1012957]
                                                          Acting Chief, Civil Litigation Division, Section III

                                                          */s/ Katrina Seeman*
                                                          ROBERT A. DEBERARDINIS, JR. [335976]
                                                          Senior Assistant Attorney General
                                                          KATRINA SEEMAN [1671729]

MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone: 202-724-6642; 202-724-6607;
202-826-5454
Fax: 202-741-8895; 202-724-5917
Email: robert.deberardinis@dc.gov;
katrina.seeman@dc.gov;
margaret.ulle@dc.gov
*Counsel for Defendants District of Columbia,
Muriel Bower, and Metropolitan Police Department*

## **CERTIFICATE OF SERVICE**

On March 1, 2022,[*] I emailed and arranged for a staff assistant in my office to serve a

copy of this Notice of Removal by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD  20850
*Plaintiff pro se*

*/s/ Katrina Seeman*
KATRINA SEEMAN
Assistant Attorney General

---

[*]     Due to the COVID-19 pandemic, the Office of the Attorney General is operating under
an emergency telework policy.  Select staff are only physically in the office on certain days.

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

KAREN HYLTON,

       *Plaintiff,*

    v.

DISTRICT OF COLUMBIA, *et al.*,

       *Defendant.*

Civil Action No. 1:22-cv-00551

---

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendants District of Columbia, Muriel Bowser, and D.C. Metropolitan Police Department remove the case of *Karen Hylton v. District of Columbia*, Case No. 2021 CA 004920 B, which was brought in the Superior Court of the District of Columbia. The claims raised in the Amended Complaint assert a federal question appropriate for resolution by this Court.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction. *See* 28 U.S.C. § 1441(a). Here, Plaintiff's Amended Complaint, filed January 28, 2022, brings claims under federal law. Specifically, Plaintiff asserts violations of federal law and appears to bring claims under 42 U.S.C. § 1983. Am. Compl. at 2 ("[T]he lack of institutional control that allowed this to occur violated Federal and District law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives[.]").[1] Because Plaintiff's claims arise under federal law, this Court has

---

[1] Plaintiff filed an identical federal complaint and amended complaint in *Karen Hylton v. District of Columbia*, Civil Action No. 21-cv-02674-JMC. Defendants will file a notice of related case and/or move to consolidate the actions.

original jurisdiction under 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's common law claims for personal injury, and failure to train and supervise. Here, the common law claims form part of the same case or controversy as the federal claims, in that they all stem from the vehicle pursuit and traffic accident on October 23, 2020. Accordingly, the Court may exercise supplemental jurisdiction over the state law claims. *See City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997).

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process on Defendants, which occurred on February 3, 2022, for the District and Mayor Bowser, and February 15, 2022, for MPD. Copies of all pleadings and orders served on Defendants in this matter as well as papers filed in the Superior Court of the District of Columbia are attached as Exhibit 1. After this Notice is filed in the United States District Court for the District of Columbia, Defendants will file notice of this removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred and where the Superior Court of the District of Columbia is located.

Accordingly, Defendants remove this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:   March 1, 2022                          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

/s/ Katrina Seeman
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW
Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6607;
202-826-5454
Fax:  202-741-8895; 202-724-5917
Email:  robert.deberardinis@dc.gov;
katrina.seeman@dc.gov;
margaret.ulle@dc.gov
*Counsel for Defendants District of Columbia,
Muriel Bower, and Metropolitan Police Department*

3

## <u>CERTIFICATE OF SERVICE</u>

On March 1, 2022,[*] I emailed and arranged for a staff assistant in my office to serve a

copy of this Notice of Removal by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD  20850
*Plaintiff pro se*

<u>/s/ Katrina Seeman</u>
KATRINA SEEMAN
Assistant Attorney General

---

[*]     Due to the COVID-19 pandemic, the Office of the Attorney General is operating under
an emergency telework policy.  Select staff are only physically in the office on certain days.

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue  NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

ROBERT DEBERARDINIS
441 4TH STREET NW
WASHINGTON, DC 20001

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue  NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

MATTHEW R. BLECHER
EQUITY SECTION,  PUBLIC INTEREST DIVISION
400 6TH STREET NW
WASHINGTON, DC 20001

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

KATRINA M SEEMAN
Assistant Attorney General
441 Fourth Street, NW
WASHINGTON, DC 20001

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

MARGARET H ULLE
Office of the Attorney General for DC
400 6th St NW
WASHINGTON, DC 20001

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

KAREN HYLTON
605 Bladford St
#1
ROCKVILLE, MD 20830

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

MAYOR BOWSER
1350 Penn Ave NW
WASHINGTON, DC 20014

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

METROPOLITAN POLICE DEPARMENT
unknown address
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Officer TERRENCE SUTTON
unknown
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Officer CARLOS TEJERA
unknown
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue  NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Officer ALMED AL-SAHRAWL
unknown
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue   NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Officer CORY NOVICL
unknown
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue  NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Lieutenant ANDREW ZABAWSKY
unknown
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**
**500 Indiana Avenue  NW**
**Washington, D.C.  20001**

**March 7, 2022**

CASE NAME:  KAREN HYLTON Vs. MAYOR BOWSER et al

CASE NUMBER:  2021 CA 004920 B

# NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

CHIEF PETER NEWSHAM
unknwn
UNKNOWN ADDRESS, UA 00000

2021 CA 004920 B

CANOR

**FILED**
CIVIL ACTIONS BRANCH

FEB 2 2 2022

Superior Court
of the District of Columbia
Washington, D.C.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

_____
*Plaintiff*

Civil Action No.: _2021 CA 004920 B_

Vs.

_____
*Defendant*

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _____ under oath do hereby state the following:

That my age and date of birth are as follows: _____

That the residential or business address is: _____

That a coy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant _____ by registered/certified mail.

That the return receipt attached hereto was signed by _____ , the defendant herein or _2-15-22_____ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _20_ day of _Feb_ 20_22_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (e) (3).

**SPECIFIC FACTS:**

_____
Signature

Subscribed and sworn before me this _22nd_ day of _February_ 20_22_

_____
Notary/Deputy Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
C/O Karl A. Racine - Attorney
1411 4th St. N.W. Suite 630
Washington D.C.
20001

9590 9402 7152 1251 4687 30

2. Article Number (Transfer from service label)

7017 2620 0000 4908 4987

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tonia Peterson_   ☐ Agent
                      ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Tonia Peterson_   2/14/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING #

9590 9402 7152 1251 4687 30

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylton
602 Blandford St #1
Rockville, MD
20850

FILED
CIVIL ACTIONS BRANCH

FEB 22 2022

Superior Court
of the District of Columbia
Washington, D.C.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

*Karen Hylton*
_____
Plaintiff

Civil Action No. 2021 CA 004920 B

Vs.

*District of Columbia Police Dept*
_____
Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _____ under oath do hereby state the following:

That my age and date of birth are as follows: _____

That the residential or business address is: _____

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant *District of Columbia Police Dept* by registered/certified mail.

That the return receipt attached hereto was signed by *K ra Marcand* the defendant herein or *2/15/22* a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the *20* day of *Feb* 20 *22*

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (c) (3).

## SPECIFIC FACTS:

_____
Signature

Subscribed and sworn before me this ___22nd___ day of ___February___ 20 _22_

_____
Notary/Deputy Clerk



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
Metropolitan Police Dept
441 4th St N.W
Washington DC 20001

9590 9402 7152 1251 4687 47

2. Article Number (Transfer from service label)

7017 2620 0000 4908 5007

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kia Massado
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Kia Massado    2/15/202

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 7152 1251 4687 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**



• Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylton
602 Blandford St #1
Rockville, MD
    20830

-256101

Filed
D.C. Superior Court
02/17/2022 16:57PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |
|---|---|
| KAREN HYLTON, | Case No. 2021 CA 004920 B |
| *Plaintiff,* | Judge Juliet J. McKenna |
| v. | Next Event:  Initial Scheduling Conference |
| MURIEL BOWSER, *et al.,* | Date:  April 1, 2022, at 9:30 a.m. |
| *Defendant.* |  |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearances of Senior Assistant Attorney General Robert DeBerardinis and Assistant Attorneys General Katrina Seeman and Margaret Ulle as counsel for Defendants District of Columbia, Mayor Muriel Bowser, and Metropolitan Police Department in the above-captioned matter.

Date:  February 17, 2022                    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Acting Chief, Civil Litigation Division, Section III

*/s/ Katrina Seeman*
ROBERT A. DEBERARDINIS, JR. [335976]
Senior Assistant Attorney General
KATRINA SEEMAN [1671729]
MARGARET ULLE [1658843]
Assistant Attorneys General
Civil Litigation Division
400 6th Street NW

Washington, D.C. 20001
Phone:  202-724-6642; 202-724-6607;
202-826-5454
Fax:  202-741-8895; 202-724-5917
Email:  robert.deberardinis@dc.gov;
katrina.seeman@dc.gov;
margaret.ulle@dc.gov
*Counsel for Defendants District of Columbia,*
*Muriel Bower, and Metropolitan Police Department*

## <u>CERTIFICATE OF SERVICE</u>

On February 17, 2022,[*] I emailed and arranged for a staff assistant in my office to serve a

copy of the Notice of Appearance by first class mail, postage prepaid, to:

Karen Hylton
602 Blandford Street, #1
Rockville, MD 20850
*Plaintiff pro se*

/s/ Katrina Seeman
KATRINA SEEMAN
Assistant Attorney General

---

[*]       Due to the COVID-19 pandemic, the Office of the Attorney General is operating under an emergency telework policy. Select staff are only physically in the office on certain days.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

FEB 1 6 2022

Superior Court of the
District of Columbia
Washington, D.C.

_Karen Hylton_
Plaintiff

Civil Action No.: 2021 C A004920 B

Vs.

_District of Columbia_
Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Karen Hylton_ under oath do hereby state the following:

That my age and date of birth are as follows: _____ _____ _____

_____ _____ _____ _____

That the residential or business address is: __ _____ _____ _____

That a coy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant _District of Columbia_ by registered/certified mail.

That the return receipt attached hereto was signed by _District_ , the defendant herein or _Feb 03, 2022_ a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the _____ day of _____ 20_____ .

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (e) (2) and 4 (c) (3).

**SPECIFIC FACTS:**

**Subscribed and sworn before me this _____ day of** _____ .

Notary/Deputy Clerk



USPS TRACKING #

9590 9402 6970 1225 3271 01

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Karen Hylton
602 Blandford st #1
Rockville, MD
20850

-266101

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
C/O KARL A RACINE - Attorney General
441 4th St N.W
Washington DC 20001

|||||||||||||||||||||||||||||||||||||||||||||||||
9590 9402 6970 1225 3271 01

20 2450 0001 5171 7688

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH

JAN 2 8 2022

Superior Court
of the District of Columbia
Washington, D.C.

Case No. C A NO: 702 CA004920 B

**COMPLAINT** Amendent

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Louis N Hylton
PLAINTIFF                                  vs
605 Blandford St #1
Address (No Post Office Boxes)
Rockville MD 20850
City          State          Zip Code
240-313-8963
Telephone Number
falskyyStephal.com
Email Address (optional)

District of Columbia
DEFENDANT  Karl A. Racine Attorney Genk
211 4th St N.W
Address (No Post Office Boxes)
Washel D.C 20001
City          State          Zip Code

Telephone Number

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

See Attached

Add Address of District Defendent

2. What relief are you requesting from the Court? Include any request for money damages.

3. State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

## **SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850


VS.

District of Columbia,

c/o Karl A. Racine Attorney General

441 4th Street NW

Washington, D.C. 20001

VS.

MURIEL BOWSER, Mayor, in her official capacity

John A. Wilson Building

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004


District of Columbia,

Metropolitan Police Department

441 4 th Street  NW 7th floor

Washington,DC 20001

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

## COMPLAINT

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on

1

or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing   and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all  elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a  child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding

them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B) to represent the amount of money your City official wrongfully killed my son Karon Hylton for.  Human life should not be judge on race or gender. Who has the right to say what my son life is worth or what any human life is worth . Mayor Bowers your officer murder my baby for little or nothing while they were being paid by the City of Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hyton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not   tell use what any human life is worth  . Lives  matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely

Karen Hylton

3

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

KAREN HYLTON
    Vs.                                                    C.A. No.        2021 CA 004920 B
MAYOR BOWSER et al

### INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby** ORDERED **as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.


**Chief Judge Anita M. Josey-Herring**


Case Assigned to: Judge JASON PARK
Date:            December 30, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

 9:30 am, Friday, April 01, 2022
Location:   Courtroom 519
                500 Indiana Avenue N.W.
                WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,    "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

==Option1:==  **(AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise.  If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

==Option 2:== **(LAPTOP/ DESKTOP USERS 1):**

> Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

==Option 3:== **(LAPTOP/ DESKTOP USERS 2):**

> Open Web Browser in Google Chrome and copy and paste following address
> https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE**:  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



==Option 4:== **(Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).**  After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom.  Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

FILED
CIVIL ACTIONS BRANCH

NOV 3 0 2021

Superior Court
of the District of Columbia
Washington, D.C.

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**JUDGE-IN-CHAMBERS**

2021    04920

KAREN HYLTON                    :
    Plaintiff                    :         Case No. 2021 _____
                                  :         Judge-in-Chambers
v.                              :
                                    :
MAYOR BOWSER                    :
    Defendant.                  :

**ORDER GRANTING APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY**

    Upon consideration of the application to proceed without prepayment of costs, fees, or

security filed by Plaintiff Karen Hylton, it is this 30th day of November 2021 hereby ordered that

the application is

    **GRANTED**.


                                           *Joan Zeldon*
                                         Joan Zeldon, Senior Judge
                                         Sitting as Judge-in-Chambers



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010    www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
NOV 2 9 2021
Superior Court
of the District of Columbia
Washington, D.C.

| Case Caption | Case Number |
|---|---|
| *Karen Hylton* | 2021 04920 |

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY**
(Form 106A *In Forma Pauperis*)

_____ am the

☐ Plaintiff/Petitioner                     ☐ Movant
☐ Defendant/Respondent                 ☐ Intervenor/Proposed Intervenor
☐ Guardian                                      ☐ Other: _____

I respectfully ask that I not be required to prepay court fees in this case. I cannot do so without substantial financial hardship to me or my family for the following reason(s):

**INCOME**

1.  I receive the following public benefits:
    ☐ Temporary Assistance for Needy Families (TANF)
    ☐ General Assistance for Children (GAC)
    ☐ Program on Work, Employment and Responsibility (POWER)
    ☐ Supplemental Security Income (SSI)

*If you checked any of the boxes in question 1, you do not need to answer any more questions and may skip to the "Declaration" on page 3. Otherwise, go to the next question.*

*For Clerk's Use Only*

This Application has been reviewed and approved by:

| Signature | Printed Name | Date |
|---|---|---|
|  |  |  |

Super. Ct. Civ. R. 54-II; Super. Ct. Dom. Rel. 54-II;        Page 1 of 4        DCSC106A 09-2019
D.C. Code § 15-712.



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010    www.dccourts.gov

2. I receive the following benefits:
☐ Interim Disability Assistance
☐ Medicaid or DC Healthcare Alliance

*If you checked any of the boxes in question 2, you do not need to answer any more questions and may skip to the 'Declaration' on page 3. Otherwise, you must answer the rest of the questions on this form. If additional information concerning questions 2-8 is required, you will be notified.*

3. My total income over the past 12 months from all sources is $_____.

4. I am presently
☐ employed.
☑ unemployed. The last date I worked was _____, _____.
                                                    Month              Year

### DEPENDENTS

5. How many people depend on you for financial support? _3_.
   Of these people, how many are minor children or elderly? _2_

### ASSETS

6. I have $ ___0___ in cash, including money in bank accounts.
   I own the following vehicles, real estate, or other valuable property:_____

_____

### EXPENSES

7. This is my best estimate of the monthly expenses for me and the people who depend on me for financial support:

| | |
|---|---|
| Housing (such as rent, mortgage, taxes, insurance): | 1500 |
| Utilities (such as gas, electric, water, phone, internet): | 200 |
| Food and household necessities: | |
| Child-related expenses (such as childcare, diapers): | |
| Health (such as medical, prescriptions, dental, vision, insurance): | |
| Transportation (such as vehicle loan, gas, insurance, metro, buses): | |
| Other debt and expenses: | |
| **Total Estimated Monthly Expenses:** | $1.700 |



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010    www.dccourts.gov

## OTHER CIRCUMSTANCES

8. Explain any special circumstances that you want the judge to consider in support of your request,
including any child support orders, large monthly expenses, debts, wage or bank account
garnishments, and/or judgments.

_I am presently unemployed and going thru_
_a mental break because of the death of my_
_baby Aaron Allen + the incarceration of_
_my other son Robert Allen due to the_

## DECLARATION
_Metropolitan Police_
_dept + Mayor_

I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes
180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements
made in it are true to the best of my personal knowledge, information and belief.

_____
Signature

_6002 Blvel Brd St #1_
Address Line 1

_Rockville MD 20850_
Address Line 2

_240-313-8803_
Phone Number

_10-26-21_
Date

## POINTS AND AUTHORITIES

1. D.C. Code § 15-712.
2. D.C. Code § 22-2405.
3. Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4. *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5. *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied*, 400 U.S. 826 (1970)
   (*"in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6. *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every
   litigant should be provided equal access to the courts without regard to financial ability").
7. *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam)(reversing denial of *in forma pauperis*
   status and mandating granting of petition where litigant's income "only slightly above the welfare
   standard").



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
500 Indiana Ave, NW, Washington, DC 20001
(202) 879-1010    www.dccourts.gov

| Case Caption | Case Number |
|---|---|
| *Karen Hylton* | 2021 04920 |

## ORDER

Upon consideration of the Application to Proceed Without Prepayment of Costs, Fees, or Security filed by

_____, it is hereby ordered that the Application is:

☐ **GRANTED** in this Family Court case, and, pursuant to Domestic Relations Rule 54-II(i), witnesses will be subpoenaed without prepayment of witness fees.

☐ **GRANTED** in this Civil Division case, and pursuant to Civil Rule 54-II(i), the clerk will attempt to serve by mail the materials listed in Civil Rule 4(c)(1). Plaintiff/Petitioner is responsible for service and proof of service if the clerk's efforts are unsuccessful.

☐ **GRANTED** in this Probate Division case.

☐ **GRANTED** in this Tax Division case.

☐ **GRANTED** in this Criminal Division case.

☐ **GRANTED** _____

_____ .

☐ **DENIED**, for the reasons stated on the record in open court and in the presence of the applicant or applicant's counsel.

☐ **DENIED**, for the following reasons:

_____

_____

_____ .

_____        _____
            Date                                    Judge





**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH

NOV 29 2021

Superior Court
of the District of Columbia
Washington, D.C.

Case No.    2021   04920

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Karen Hylton
PLAINTIFF                                    vs    Mayor Bowser
DEFENDANT

60 S Blandford St #1                               1350 Penn Ave N.W
Address (No Post Office Boxes)                     Address (No Post Office Boxes)

Rockville MD 26850                                Washington D.C 2011
City        State        Zip Code                City        State        Zip Code

040-313-8803
Telephone Number                                 Telephone Number

Tallskyy5tchral.con
Email Address (optional)                          Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Oct 26 2021 My son Karon Hylton was
chased by the Metropolitan police Dept
While Riding a scooter. The officer involved
Sutton + his supervisor has Since been
charged with the murder of my baby dues
to their greedy disregard for human life
for the sum of $3,126 dollar by corleing this
hate saltway. My child is resting.

2.  What relief are you requesting from the Court? Include any request for money damages.

I am suing the District of Columbia
$3,126,000,000,000 (3.126 B) for the
carelessness of human life. The amount
of money your office while on duty be in
paid by the city choose to chase + murder
My child for. Also the resignation of Mayor
Bowser + Muriel + prosecuting all involved.

3.  State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

_____


### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
**SIGNATURE**

11-27-21
_____
**DATE**


Subscribed and sworn to before me this _____ day of _____ 20_____.


_____
(Notary Public/Deputy Clerk)


2

October 12.2021

Karen Hylton

602 Blandford St #1

Rockville, Md 20850

VS.

District of Columbia,

VS.

Mayor Muriel Bowser

1350 Pennsylvania Ave. N.W.

Washington D.C. 20004

District of Columbia,

Metropolitan Police Department

Officer Terrence Sutton

Officers Carlos Tejera

Officers Almed Al-SAhrawl

Officers Cory Novicl

LT Andrew Zabawsky

Cheif  Peter Newsham

## COMPLAINT

On October 23,2020. At approximately 10:09 P.M. Metropolitan Police Department (MPD)

Officers observed Karon Hylton -Brown operating a Revel Electric Moped without a helmet on or adjacent to the 500 Block of Kennedy Kennedy Street N.W, Washington D.C. Pursuant to D.C.Mun.Regs.tit.18, s2600, this amounted to a twenty-five dollar moving violation, and MPD officers are under strict written directives to only purse such incidents on foot or mountain bike. In clear contravention of these orders, the Officers spun their police cruisers around to purse him. Activated their emergency lights. Initiating a pursuit that gained increasing speeds into the 700 block of Kennedy Street, at which point Karon turned to go through the alley that connects Kennedy St. and Jefferson St, N.W. The officers are seen on video following closely behind Karon in their police cruisers through the alley, chasing  and hitting his moped into Jefferson St. where a pedestrian vehicle, unaware of the quickly emerging vehicles, ran directly into the side of Karon's moped throwing him to the ground with serious injuries. The officers

can be seen on video walking casually to check on the driver of and passenger of the vehicle which collided with Karon before attending to his injuries. Karon was eventually taken to Washington Hospital Center, where he was omitted as John Doe and where he passed away from his injuries on Oct26,2020.

On or about October 29,2020, MPD released body camera footage showing the death of Karon during the police chase. According to statements released by Mayor Muriel Bowser the same day, four officers involved in the pursuit have been place on leave while still been paid by the city of D.C. The scene, caught on camera, has caused outrage in the community and given the coverage of his death, and the statement put out by MPD and the District of Columbia at large, it is clear that your offices is well aware of the fact of this tragic incident.

Please be advised and accept this letter as notice under D.C. Code s12-209 and any other applicable provisions of the District of Columbia Code or Federal law, That Ms Karen Hylton ,as personal representatives of the estate of my deceased son Karon Hylton -Brown, will pursue any and all legal remedies available to me against the Metropolitan Police Dept and the four yet unnamed offices as well as all elected officials Mayor Bowers etc, Chief Newsham including those describe herein any other causes of action arising out of these facts.

Mr. Hylton is survived by his mother who has lost the care, advice and counsel of my son. His beneficiaries and his Estate have suffered a loss of income and survival for pain and suffering will be brought as well , in addition to all available claims for wrongful death. The actions of these officers and their administration amounted to numerous violation of applicable standard of care that should be provided to a child as well as a human. Demonstrating a wanton disregard for the life of my child twenty -year old Karon Hylton, and a reckless or conscious indifference to the rights and safety of others that proximately caused this tragic loss of life. In addition to the violation described above, the lack of institutional control that allowed this to occur violated Federal And District Law, including but not limited to failure to properly train and monitor MPD officers and to enforce MPD written directives such as GO-OPS-301 (Vehicular Pursuits), GO-RAR-901.07 (use of Force), and GO-303.01(traffic Enforcement). With this letter I am asking for either a trial by jury for these officers as well as a permanent leave/ firing  of office for Mayor Bowers and Chief Newsham  as well as them be held accountable for the mis-management of the District of Columbia under her supervision while these officers as well as other terrorizing the District of Columbia  and are aware of the police antics and are not holding them accountable for their actions while still paying their salaries and hiding their misconduct. As well as their own mis-conduct

The District of Columbia is liable for the acts and omissions as describe above, including by their Police Department and their employees and claims is being bought in the amount of$ 31.26,000,000,000 ($31.26B)  to represent the amount of money your City official wrongfully killed my son Karon Hylton for.   Human life should not be judge on race or gender. Who has the right to say what my son life is worth  or what any human life  is worth . Mayor Bowers your officer murder my  baby for little or nothing while they were being paid by the City of

Washington D.C. You have no regard for what a child life is worth my pain you will never feel I gave birth to my baby Karon Hyton. Your officer took more from me than you or anyone can pay me. The lives of the people who you hold office for means nothing will your officers continues to mistreats its citizens . The law that governors us should not   tell use what any human life is worth  . Lives   matter regardless of gender or skin color my child life matter. Police brutally should not be over looked while our States allow their paid officers to take the lives of our citizens and covers it up with lies while our elected official turn a blind eye  because it's a job.  Bowers Karon Is more than a job he is  my Baby.

Sincerely,

Karen Hylton

3

Form CA 101-A. Unsworn Declaration Supplement



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

~~Daren Hylton~~
~~(Plaintiff(s))~~

v.

Case No: **2021 04920**

~~District of Columbia~~
~~(Defendant(s))~~
~~Mayor Bowser~~

This form supplements ~~Complaint~~                and is being filed along with that
document. ~~(list title of pleading, motion, or other document)~~

(a) *If Executed Inside the United States:*

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
~~Executed on~~ __ ~~day of~~ ____, __
(date)          (month)   (year)

~~Daren Hol~~
*Printed Name*

~~[signature]~~
*Signature*

~~Rockville MD 20850~~                   _____
*City and State, or Other Location*    *Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States:*

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States. Executed on ____ day of _____, _____,
                                                (date)         (month)      (year)
at _____, _____.
    (city or other locations, and state)      (country)

_____
*Printed Name*

_____          _____
*Signature*                              *Phone Number*

*See* D.C. CODE § 16-5306 (2010).

**Note:** This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_(signature)_ _____
                    Plaintiff

                       vs.

_Government of District Columbia_      (Case Number _____
_Mayor Bowser_
                    Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Darren Hylten_ _____      _Clerk of the Court_
Name of Plaintiff's Attorney

_602 Bland Ford St #1_ _____      By _____
Address                                              Deputy Clerk

_Rockville, MD_ _____
        _20850_                         Date _____

Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화해주십시오.    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                     Super. Ct. Civ. R. 4

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

                        Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                        Por: _____
_____
Dirección                                   Subsecretario

_____

                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bản dịch, hãy gọi (202) 879-4828
한국어로 번역을 원하시면 (202) 879-4828로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                              Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET

*Karen Wolfen*

vs

*District of Columbia*
*& Mayor Bowser*

Case Number: **2021   04920**

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:      Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☐ 12 Person Jury

Demand: $ *3.126. Billion*      Other: _____
*3.126,600,600,000*

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**                          **COLLECTION CASES**

☐ 01 Breach of Contract          ☐ 14 Under $25,000 Pltf. Grants Consent    ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty          ☐ 17 OVER $25,000. Grants Consent          ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 27 Insurance/Subrogation                 ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent           Over $25,000 Consent Denied
☐ 13 Employment Discrimination   ☐ 07 Insurance/Subrogation                 ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent           Under $25,000 Consent Denied
                                 ☐ 28 Motion to Confirm Arbitration
                                     Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                  ☐ 03 Destruction of Private Property    ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process            ☐ 10 Invasion of Privacy             ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 11 Libel and Slander                     Not Malpractice)
☐ 03 Assault and Battery         ☐ 12 Malicious Interference          ☒ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution           ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 14 Malpractice Legal               ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 16 Negligence- (Not Automobile,    ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                            Not Malpractice)                 ☐ 23 Tobacco
                                                                      ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D. REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

11-29-21
_____
Date

CV-496/ June 2015



Form CA 101-A  Unsworn Declaration Supplement

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Karen Hylton
_____
Plaintiff(s)

v.

District of Columbia
Mayor Bowser
_____
Defendant(s)

Case No: **2021  04920**

This form supplements ___Complaint_____ and is being filed along with that
document_____ (list title of pleading, motion or other document)

(a) *If Executed Inside the United States*:

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on 29 day of Nov 21
        (date)        (month)     (year)

Karen Hylton
_____
*Printed Name*

_____
*Signature*

_____
*City and State or Other Location*

_____
*Phone Number*

*See* D.C. CODE § 22-2402 (a)(3) (2010).

(b) *If Executed Outside the United States*:

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is
true and correct, and that I am physically located outside the geographic boundaries of the United
States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession
subject to the jurisdiction of the United States.  Executed on ____ day of _____, _____,
                                                    (date)        (month)     (year)
at _____, _____
        (city or other locations, and state)        (country)

_____
*Printed Name*

_____
*Signature*

_____
*Phone Number*

*See* D.C. CODE § 16-5306 (2010).

Note: This form may be attached to any document to be used in place of sworn written declarations, verifications,
certificates, statements, oaths, or affidavits unless otherwise provided by law; for example, this form may not be used to
supplement a verified complaint in the Landlord and Tenant Branch or Small Claims Branch. *See* D.C. Code §§ 16-1501,
3902 (2001).